# Court of Appeals
# of the State of Georgia

ATLANTA,　November 15, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0575.  JEFFERY T. CRYSTAL v. THE STATE.**

Jeffery T. Crystal appeals to this Court from the trial court's denial of his application for writ of habeas corpus.  The Supreme Court, however, has appellate jurisdiction over habeas corpus cases.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
　*Clerk's Office, Atlanta,*　11/15/2016
　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*